IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

DIANDRA JONES,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

CIVIL ACTION FILE
NUMBER:  3:22-cv-00009-TCB

## CONSENT ORDER TO REMAND

The Plaintiff, through her counsel of record having stipulated that she is not now seeking and will not hereafter seek more than $75,000 in damages stemming from the incident which is the subject of the above-styled action, and the parties hereto having consented,

IT IS HEREBY ORDERED that within the foregoing case is remanded to the State Court of Coweta County with each party to bear its own costs.

SO ORDERED  this 9th day of March, 2022.

_____
Timothy C. Batten, Sr.
Chief U.S. District Judge

CONSENTED TO AND JOINTLY SUBMITTED:

W. CALVN SMITH, II, P.C.

BY: */s/ Daniel M. Johnson*
   Daniel Michael Johnson
   *(With express permission by George E. Duncan, Jr.)*
   Attorney for Plaintiff
   GA Bar No.: 159053

3560 Lenox Road, N.E.
Suite 3020
Atlanta, GA 30326
404-842-0999
djohnson@calvinsmithlaw.com

DENNIS, CORRY, SMITH & DIXON, LLP

BY: */s/ George E. Duncan, Jr.*
   GEORGE E. DUNCAN, JR.
   Georgia Bar No. 233450
   For the Firm
   Attorneys for Defendant Costco Wholesale
   Corporation

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia  30339
(404) 926-3663
Gduncan@dcplaw.com

## CERTIFICATE OF SERVICE

I served **CONSENT ORDER TO REMAND** by depositing same in the United States

Mail in a properly-addressed envelope with adequate postage thereon to:

Daniel Michael Johnson, Esq.
W. Calvin Smith, II, P.C.
3560 Lenox Road, N.E. Suite 3020
Atlanta, GA 30326

This _____ day of March, 2022.

_____
GEORGE E. DUNCAN, JR.
For the Firm

1763-14409 (GED)